IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Lynda F

Printed: 01/13/09

Case Number: 07 B 10084
Judge: Hollis, Pamela S

Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,652.00 |  |
| Secured: |  | 8,964.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,936.17 |
| Trustee Fee: |  | 751.71 |
| Other Funds: |  | 0.00 |
| Totals: | 12,652.00 | 12,652.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 2,936.17 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 19,640.05 | 8,964.12 |
| 4. | Countrywide Home Loans Inc. | Secured | 3,510.04 | 0.00 |
| 5. | Illinois Lending Corporation | Unsecured | 586.62 | 0.00 |
| 6. | TSYS Total Debt Management | Unsecured | 214.22 | 0.00 |
| 7. | Capital One | Unsecured | 1,142.10 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 92.50 | 0.00 |
| 9. | Chase Tax Related Products Group | Unsecured | 3,600.50 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 411.55 | 0.00 |
| 11. | Illinois Lending Corporation | Unsecured | 1,685.42 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,812.70 | 0.00 |
| 13. | Illinois Lending Corporation | Unsecured | 1,851.78 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 10,187.49 | 0.00 |
| 15. | CitiFinancial | Unsecured | 8,660.20 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 3,645.72 | 0.00 |
| 17. | Cash Transfers Center | Unsecured |  | No Claim Filed |
| 18. | Aargon Collection | Unsecured |  | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 20. | Chadwicks Of Boston | Unsecured |  | No Claim Filed |
| 21. | MCYDSNB | Unsecured |  | No Claim Filed |
| 22. | Midland Mortgage Company | Unsecured |  | No Claim Filed |
| 23. | Monogram Bank | Unsecured |  | No Claim Filed |
| 24. | Payday Loan | Unsecured |  | No Claim Filed |
| 25. | United Cash Loans | Unsecured |  | No Claim Filed |
| 26. | Zip Cash | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Lynda F | | Case Number: 07 B 10084 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 01/13/09 | | Filed: 6/5/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | TJF Corporation | Unsecured | | No Claim Filed |
| | | | $ 65,040.89 | $ 11,900.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 369.46 |
| 6.5% | 78.65 |
| 6.6% | 303.60 |
| | $ 751.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

